

**ECKERT SEAMANS**
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

TEL   412 566 6000
FAX   412 566 6099
www.eckertseamans.com

MATTER:   316002-00001

INVOICE:   1598181

DECEMBER 17, 2020

INDUSTRIAL & CRANE SERVICES, INC.
CHASE PRITCHARD
VICE PRESIDENT
2301 PETIT BOIS STREET
PASCAGOULA, MS 39581

PAYMENT DUE WITHIN 30 DAYS
OF INVOICE DATE

REGARDING:   RESPOND TO SUBPOENA

| | | |
|---|---|---|
| TOTAL FEES FOR PROFESSIONAL SERVICES THROUGH: | 11/30/20 | $4,300.00 |
| TOTAL EXPENSE ADVANCES MADE TO YOUR ACCOUNT THROUGH: | 11/30/20 | $15.37 |
| **TOTAL BILL AMOUNT FOR INVOICE #   1598181** | | **$4,315.37** |

PLEASE INCLUDE THE INVOICE # ON YOUR REMITTANCE AND MAIL TO:

ECKERT SEAMANS CHERIN & MELLOTT, LLC
P.O. BOX 643187
PITTSBURGH, PA  15264-3187
TELEPHONE 412/566-6000 FACSIMILE 412/566-6099
TAX I.D. #25-1056909



EXHIBIT A



# ECKERT
SEAMANS
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL   412 566 6000
FAX   412 566 6099
www.eckertseamans.com

INDUSTRIAL & CRANE SERVICES, INC.  CLIENT:   316002
RE:    RESPOND TO SUBPOENA         MATTER:   316002-00001
DECEMBER 17, 2020                  INVOICE:  1598181 FRE
PAGE:   2

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/11/20 | FRE | REVIEW AND ANALYZE SUBPOENA; PREPARE FOR AND PARTICIPATE IN MEETING WITH C. PRITCHARD; CALL TO M. AVRIGIAN | 2.60 |
| 11/12/20 | FRE | CALL WITH J. POWELL RE SUBPOENA; DRAFT CORRESPONDENCE TO C. PRITCHARD RE SAME | 0.50 |
| 11/16/20 | FRE | CALL FROM PHILAPORT'S COUNSEL RE ICS' INTENDED RESPONSE TO MOTION TO COMPEL PRODUCTION OF DOCUMENT PER SUBPOENA | 0.20 |
| 11/19/20 | FRE | CALL TO J. POWELL RE STATUS OF APPOINTMENT AS COUNSEL;  REVIEW AND ANALYZE STATEMENT OF CLAIM; DRAFT RECOMMENDED COMMUNICATION TO BOARD TO STAY DISPOSITION OF MOTION; DRAFT CORRESPONDENCE TO J. POWELL RE PROPOSED RESOLUTION TO MOTION TO ENFORCE SUBPOENA; DRAFT CORRESPONDENCE TO C. PRITCHARD AND P. SHEEHAN RE SAME; CALL WITH P. SHEEHAN RE BANKRUPTCY APPOINTMENT; REVISE CORRESPONDENCE TO BOARD RE BANKRUPTCY APPOINTMENT | 2.20 |
| 11/20/20 | FRE | REVIEW CORRESPONDENCE FROM  C. PRITCHARD APPROVING CORRESPONDENCE TO BOARD; CALL TO J. POWELL RE EFFORTS TO RESOLVE DISCOVERY ISSUE; CALL TO F. CROWLEY RE SAME; REVIEW DOCUMENTS PROVIDED BY C. PRITCHARD FROM BID MANAGER | 3.10 |
|  |  | FEES: | 4,300.00 |

TIME SUMMARY

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| FRANK EMMERICH | 8.60 | 500.00 | 4,300.00 |



# ECKERT
## SEAMANS
### ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

INDUSTRIAL & CRANE SERVICES, INC.
RE: RESPOND TO SUBPOENA
DECEMBER 17, 2020
PAGE: 3

CLIENT: 316002
MATTER: 316002-00001
INVOICE: 1598181 FRE

TOTAL FEES FOR PROFESSIONAL
SERVICES RENDERED THROUGH: 11/30/20    8.60    HRS    $4,300.00

DESCRIPTION OF EXPENSE ADVANCES:

| DESCRIPTION | AMOUNT |
|---|---|
| FEDERAL EXPRESS | 15.37 |
| TOTAL EXPENSE ADVANCES: | $15.37 |

**TOTAL BILL:**                                                  **$4,315.37**