**Sheehan & Ramsey, PLLC**
429 Porter Avenue
Ocean Springs, MS 39564
United States
(228) 875-0572

**Sheehan & Ramsey, PLLC**

**Chase Pritchard**
2301 Petit Bois Street
Pascagoula, MS 39581

Balance    $28,430.51
Invoice #    01504
Invoice Date    August 4, 2021
Payment Terms
Due Date

## Industrial & Crane Services, Inc.

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 02/23/2021 | PS | Telephone Call | Telephone call with Craig Geno regarding Confirmation hearing. | $325.00 | 0.1 | $32.50 |
| 02/23/2021 | PS | Telephone Call | Telephone conference with Gary Burleson; email from G. Loomis regarding U.S. Specialty Insurance Company; receive and review proposed language for Confirmation Order. | $325.00 | 0.5 | $162.50 |
| 02/24/2021 | PS | Email | Email exchange with Jon Ard regarding status of confirmation and objection. | $325.00 | 0.1 | $32.50 |
| 02/24/2021 | PS | Telephone Call | Telephone call with Chase (x2); email from Chase; email to Loomis and Bressler regarding proposed conference and language. | $325.00 | 0.5 | $162.50 |
| 02/24/2021 | PS | Email | Email exchange with Bressler. | $325.00 | 0.1 | $32.50 |
| 02/25/2021 | PS | Review | Receive and review proposed language from U.S. Specialty Insurance (bonding company) for Confirmation Order; prepare for conference call. | $325.00 | 1.0 | $325.00 |
| 02/25/2021 | PS | Meeting | Conference call with U.S. Specialty Insurance attorneys. | $325.00 | 0.5 | $162.50 |
| 02/25/2021 | PS | Telephone Call | Long telephone call with Geno. | $325.00 | 0.3 | $97.50 |
| 02/26/2021 | PS | Email | Email from Gary Bressler, attorney for U.S. Specialty Insurance (bonding company) and forward to Geno and Chase Prichard. | $325.00 | 0.2 | $65.00 |
| 03/03/2021 | PS | Telephone Call | Telephone call with Craig Geno regarding status conference and strategy. | $325.00 | 0.3 | $97.50 |
| 03/03/2021 | PS | Review | Receive and review all objections to Confirmation to Plan; memo to file. | $325.00 | 1.0 | $325.00 |
| 03/03/2021 | PS | Telephone Call | Telephone call with Paul Murphy regarding Hancock Whitney objection to Plan. | $325.00 | 0.2 | $65.00 |



EXHIBIT A

| Date | Initials | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/04/2021 | PS | Telephone Call | Telephone call with Chase Pritchard regarding status conference with Court at 1:30 today; appraisal by Hancock Whitney Bank, strategy with bonding companies; and monthly operating report for February. | $325.00 | 0.4 | $130.00 |
| 03/04/2021 | PS | Telephone Call | Telephone call with Craig Geno, left message. | $325.00 | 0.1 | $32.50 |
| 03/04/2021 | PS | Telephone Call | Telephone call with Gary Bressler - USIC Attorney regarding Plan language. | $325.00 | 0.2 | $65.00 |
| 03/04/2021 | PS | Telephone Call | Telephone call with Paul Murphy regarding secured status and cooperation with appraisal. | $325.00 | 0.2 | $65.00 |
| 03/04/2021 | PS | Review | Prepare for status conference. | $325.00 | 0.5 | $162.50 |
| 03/04/2021 | PS | Hearing | Attend Status Conference with Client, Creditors' counsel, plus Trustee. | $325.00 | 0.5 | $162.50 |
| 03/10/2021 | PS | Review | Receive and review email from Kocks' attorney regarding Plan language. | $325.00 | 0.1 | $32.50 |
| 03/12/2021 | PS | Review | Receive and review email from Gary Bressler regarding Plan language. | $325.00 | 0.2 | $65.00 |
| 03/15/2021 | PS | Review | Receive and review IRS Amended Claim +/- $108,000; email from Geno regarding IRS; email to Chase. | $325.00 | 0.2 | $65.00 |
| 03/15/2021 | PS | Work | Work on Amended Plan. | $325.00 | 1.5 | $487.50 |
| 03/15/2021 | PS | Review | Review all objections to Plan; memo to file. | $325.00 | 1.5 | $487.50 |
| 03/16/2021 | PS | Work | Work on Amended Plan. | $325.00 | 2.0 | $650.00 |
| 03/17/2021 | PS | Work | Work on Amended Plan; telephone call with Chase Prichard; telephone call with Bosco; telephone call with Trustee. | $325.00 | 5.0 | $1,625.00 |
| 03/18/2021 | PS | Work | Work on First Amended Plan; various telephone calls with Chase Pritchard and Craig Geno; telephone call with Aaron Shapiro (Delaware counsel). | $325.00 | 4.0 | $1,300.00 |
| 03/18/2021 | PS | Review | Receive and review email proposal and settle objections of GEDA; send to Bosio and Pritchard; receive and review response from Bosio. | $325.00 | 0.2 | $65.00 |
| 03/19/2021 | PS | Email | Email exchange with Kocks counsel and Trustee regarding Plan language. | $325.00 | 0.2 | $65.00 |
| 03/22/2021 | PS | Review | Receive and review email from Trustee (Geno) and telephone call with Chase -- all regarding IRS Tax claims; review tax questions. | $325.00 | 0.3 | $97.50 |
| 03/22/2021 | PS | Draft | Draft Amendment to Plan to correct clerical error. | $325.00 | 0.3 | $97.50 |
| 03/22/2021 | PS | Work | Compile strategies to address all objections to confirmation not addressed in Amended Plan -- memo to file. | $325.00 | 0.5 | $162.50 |
| 03/24/2021 | PS | Telephone Call | Telephone call with Sub V Trustee regarding ballots. | $325.00 | 0.2 | $65.00 |
| 03/24/2021 | PS | Work | Prepare Ballots for First Amended Plan. | $325.00 | 0.5 | $162.50 |
| 03/24/2021 | PS | Telephone Call | Telephone call with Geno regarding Ballots and regarding USSI proposed language. | $325.00 | 0.3 | $97.50 |
| 03/25/2021 | TM | Work | Prepare and mail out Notices of Confirmation Hearing and Ballots. | $125.00 | 4.5 | $562.50 |
| 03/26/2021 | PS | Review | Receive and review settlement offer via email from GEDA attorney; send to Trustee, Chase Prichard; receive and review responses and respond to GEDA. | $325.00 | 0.5 | $162.50 |
| 03/26/2021 | PS | Work | Work on language for Plan proposed by USSI. | $325.00 | 0.2 | $65.00 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 03/29/2021 | PS | Research | Research objections to claim regarding claim of GEDA. | $325.00 | 0.5 | $162.50 |
| 03/30/2021 | PS | Review | Receive and review email from USSI Attorney regarding the Plan. | $325.00 | 0.1 | $32.50 |
| 03/31/2021 | PS | Review | Receive and review two Ballots voting for acceptance of Amended Plan; send one back for signature. | $325.00 | 0.1 | $32.50 |
| 04/01/2021 | PS | Review | Receive and review email from Gary Bressler USSI attorney, forward to Chase; email exchange with Bressler regarding telephone conference on Monday. | $325.00 | 0.3 | $97.50 |
| 04/01/2021 | PS | Email | Email to Geno to request telephonic meeting. | $325.00 | 0.1 | $32.50 |
| 04/05/2021 | PS | Review | Receive and review Amended Claim of USSI. | $325.00 | 0.5 | $162.50 |
| 04/05/2021 | PS | Review | Review all material from USSI and prepare for call with USSI attorney; telephone call with USSI attorney. | $325.00 | 1.0 | $325.00 |
| 04/05/2021 | PS | Email | Email from Atlantic/Kocks attorney, Raymond Lemisch, regarding local rule 4001(a)(1)(c) meeting. | $325.00 | 0.1 | $32.50 |
| 04/06/2021 | PS | Email | Email from Ray Lemisch (Atlantic/Kocks) and prepare for conference call; telephone call with Lemisch regarding Plan language. | $325.00 | 0.6 | $195.00 |
| 04/06/2021 | PS | Email | Email letter to Bressler (USSI) regarding Trust Funds not property of Estate; receive and review reply. | $325.00 | 0.2 | $65.00 |
| 04/06/2021 | PS | Review | Receive and review Ballot for Acceptance of Plan from Signet Maritime. | $325.00 | 0.1 | $32.50 |
| 04/06/2021 | PS | Text Message | Long text message to Chase Pritchard regarding release of funds by USSI and payment to Maxim Crane. | $325.00 | 0.1 | $32.50 |
| 04/06/2021 | PS | Email | Email to Atlanta/Kocks attorney to schedule phone meeting. | $325.00 | 0.1 | $32.50 |
| 04/06/2021 | PS | Telephone Call | Telephone call from Chase; text to Chase; receive and review payment to N.O. Iron and Ahern Rentals. | $325.00 | 0.2 | $65.00 |
| 04/06/2021 | PS | Review | Review materials preparing for conference call with Ray Lemsich (Atlantic/Kocks) regarding Plan provisoins on Delaware mediation. | $325.00 | 0.5 | $162.50 |
| 04/07/2021 | PS | Review | Receive and review text from Chase and respond regarding trust funds held. | $325.00 | 0.2 | $65.00 |
| 04/08/2021 | PS | Email | Emails from Ray Lemisch and Gary Bressler regarding Plan language; email from Kushi Johnson and Craig Geno regarding same. | $325.00 | 0.3 | $97.50 |
| 04/12/2021 | PS | Review | Receive and review Ballot of Chatham Steel Accepting Plan. | $325.00 | 0.1 | $32.50 |
| 04/13/2021 | PS | Telephone Call | Telephone call with Paul Murphy; receive and review email form Murphy regarding global settlement with Hancock Whitney Bank. | $325.00 | 0.5 | $162.50 |
| 04/14/2021 | PS | Email | Forward mediation language to Geno. | $325.00 | 0.1 | $32.50 |
| 04/14/2021 | PS | Email | Various emails to / from bond attorneys. | $325.00 | 0.3 | $97.50 |
| 04/14/2021 | PS | Telephone Call | Telephone call with Gary Bressler (USSI) regarding Plan language and various emails to bond attorneys. | $325.00 | 0.5 | $162.50 |
| 04/14/2021 | PS | Review | Receive and review evidence of payment by ICS outside of funds control trust and send to Bressler. | $325.00 | 0.2 | $65.00 |

| Date | | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/16/2021 | PS | Telephone Call | Long telephone call with Craig Geno; telephone call with Kristi Johnson; telephone call with Chase and Geno. | $325.00 | 0.5 | $162.50 |
| 04/19/2021 | PS | Telephone Call | Long telephone conference with Craig Geno regarding accepting, executing contracts. | $325.00 | 0.2 | $65.00 |
| 04/19/2021 | PS | Draft | Letter to Gary Bressler regarding funds in Trust fund for New Orleans project. | $325.00 | 0.3 | $97.50 |
| 04/20/2021 | PS | Review | Review documents and prepare for / participate in conference call with Kocks attorneys, Chase and the Trustee. | $325.00 | 1.0 | $325.00 |
| 04/20/2021 | PS | Email | Various emails with Kocks attorney and Chase and Geno; conference call with Chase and Geno; email to Kocks attorney. | $325.00 | 1.0 | $325.00 |
| 04/20/2021 | PS | Finalize | Finalize and draft of letter to Bressler (USSI) requesting release of funds for part of New Orleans job and various telephone calls and emails with Chase regarding same. | $325.00 | 0.5 | $162.50 |
| 04/20/2021 | PS | Email | Email exchange with Ray Lemisch regarding Delaware litigation settlement. | $325.00 | 0.1 | $32.50 |
| 04/20/2021 | PS | Telephone Call | Telephone call with Chase regarding Hancock Bank proposal and email to Chase. | $325.00 | 0.1 | $32.50 |
| 04/20/2021 | PS | Review | Prepare for conference call with Geno and participate in conference call with Kocks' lawyers (Krouse, Johnson, Lemisch). | $325.00 | 1.0 | $325.00 |
| 04/20/2021 | PS | Telephone Call | Telephone call with Geno and Chase regarding preparing for conference call with Kocks' attorneys; receive and review email with pleadings from Chase. | $325.00 | 0.3 | $97.50 |
| 04/20/2021 | PS | Telephone Call | Telephone call with Chase; conference call with Aaron Shapiro and Geno regarding settlement of Delaware litigation; review documents. | $325.00 | 1.2 | $390.00 |
| 04/22/2021 | PS | Review | Review pleadings in two Delaware litigation cases. | $325.00 | 0.3 | $97.50 |
| 04/22/2021 | PS | Telephone Call | Telephone call with Gary Bressler (USSIC) regarding funds withheld; long email to Bressler responding to question; telephone call with Chase (x2). | $325.00 | 1.0 | $325.00 |
| 04/22/2021 | PS | Email | Email to Aaron Shapiro (Delaware Counsel) regarding approval as Special Counsel and reply received. | $325.00 | 0.3 | $97.50 |
| 04/23/2021 | PS | Research | Research "disinterested party" with regard to Arron Shapiro as Special Counsel. | $325.00 | 0.5 | $162.50 |
| 04/23/2021 | PS | Email | Email received from Arron Shapiro; draft and file Application to Employ Aaron Shapiro as Special Counsel; draft Declaration for Shapiro and sent to Shapiro. | $325.00 | 1.0 | $325.00 |
| 04/23/2021 | PS | Review | Receive and review email from Gary Bressler regarding payments to ICS on USSIC Bonded jobs; forward to Chase. | $325.00 | 0.1 | $32.50 |
| 04/26/2021 | PS | Telephone Call | Various telephone calls with Chase and regarding cash flow needed of Industrial & Crane Services to make payroll; receive and review payroll and related requirements from Chase; receive and review Trust Fund Tax End of Month Requests. | $325.00 | 1.0 | $325.00 |
| 04/26/2021 | PS | Telephone Call | Various telephone calls and emails to / from USSIC Counsel (Bressler). | $325.00 | 1.0 | $325.00 |

| Date | Atty | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | PS | Telephone Call | Long telephone call to Craig Geno regarding Emergency Motion regarding cash collateral. | $325.00 | 0.2 | $65.00 |
| 04/27/2021 | PS | Telephone Call | Telephone call with Gary Bressler (USSI) (returned his call); telephone call with Chase (x3); telephone call with Chase/Todd; email to Geno; all requesting that USSI release funds held in a control trust. | $325.00 | 0.5 | $162.50 |
| 04/28/2021 | PS | Review | Receive and review draft of proposed Stipulation from USSIC; various telephone calls with Grave and Bressler regarding Stipulation terms; prepare various revisions to Stipulation. | $325.00 | 2.0 | $650.00 |
| 04/28/2021 | PS | Draft | Draft employ motion; various telephone calls with Bressler and other USSIC attorneys; telephone call with Court regarding scheduling hearing. | $325.00 | 1.5 | $487.50 |
| 04/28/2021 | PS | Telephone Call | Telephone call with Craig Geno regarding Stipulation and Employ motion. | $325.00 | 0.1 | $32.50 |
| 04/29/2021 | PS | Telephone Call | Telephone call with Courtroom Deputy and prepare Certificate of Service and file; receive and review Notice of Hearing. | $325.00 | 0.5 | $162.50 |
| 04/29/2021 | PS | Review | Receive and review signed Declaration from Shapiro; draft Application to Employ as Special Counsel. | $325.00 | 0.5 | $162.50 |
| 04/29/2021 | PS | Hearing Preparation | Hearing Preparation; telephone conference with Bressler; telephone call with Chase; review bond documents. | $325.00 | 0.5 | $162.50 |
| 04/30/2021 | PS | Telephone Call | Telephone call with Chase and prepare for Hearing on Emergency Motion. | $325.00 | 0.5 | $162.50 |
| 04/30/2021 | PS | Hearing | Attend Hearing on Emergency Motion. | $325.00 | 0.6 | $195.00 |
| 04/30/2021 | PS | Telephone Call | Various telephone calls with Chase, Paul Murphy (Hancock Bank), Gary Bressler (USSIC), William Drinkwater (USSIC), and Jon Ord (SureTec) regarding settlement of motion; and various emails regrding same; work on draft of Agreed Order and submit to counsel. | $325.00 | 1.3 | $422.50 |
| 04/30/2021 | PS | Telephone Call | Telephone call with Chase and Todd regarding possible funds advance; research and follow-up call with Chase. | $325.00 | 0.3 | $97.50 |
| 04/30/2021 | PS | Email | Email exchange with Aaron Shapiro regarding employment as Special Counsel. | $325.00 | 0.2 | $65.00 |
| 05/04/2021 | PS | Work | Work on Second Amended Plan of Reorganization. | $325.00 | 1.5 | $487.50 |
| 05/04/2021 | PS | Telephone Call | Telephone call with Chase regarding loss in 2017 and treatment in Plan. | $325.00 | 0.2 | $65.00 |
| 05/04/2021 | PS | Telephone Call | Telephone call with Chase regarding Hancock Whitney Bank's proposal. | $325.00 | 0.1 | $32.50 |
| 05/05/2021 | PS | Draft | Draft and file Amended Application to Employ Shapiro; send to Shapiro; email exchange with Shapiro. | $325.00 | 0.5 | $162.50 |
| 05/06/2021 | PS | Work | Work on Second Amended Plan; insert mediation language and reference the emergency order to incur debt; send draft to USSIC attorney. | $325.00 | 1.0 | $325.00 |
| 05/06/2021 | PS | Telephone Call | Telephone call with Chase regarding ability to pay Hancock Whitney Bank under Plan. | $325.00 | 0.1 | $32.50 |
| 05/07/2021 | PS | Telephone Call | Telephone call with Gaston Loomis (USSIC) and review his comments to draft (Second Amended Plan) make revisions to Second Amended Plan. | $325.00 | 0.5 | $162.50 |

| Date | Staff | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/07/2021 | PS | Telephone Call | Long telephone call with Paul Murphy regarding treatment of Hancock Whitney Bank in Second Amended Plan; review documents. | $325.00 | 0.5 | $162.50 |
| 05/10/2021 | PS | Work | Work on Plan. | $325.00 | 0.5 | $162.50 |
| 05/10/2021 | PS | Email | Email from Todd Williams regarding Sunbelt Judgment; respond to email. | $325.00 | 0.2 | $65.00 |
| 05/12/2021 | PS | Review | Receive and review email from Shapiro regarding Application to Employ Special Counsel; telephone call with Gary Bressler regarding same; telephone call with Shapiro regarding same. | $325.00 | 0.3 | $97.50 |
| 05/12/2021 | PS | Telephone Call | Telephone call with Chase regarding mediation; send mediation language in Plan to Chase. | $325.00 | 0.2 | $65.00 |
| 05/12/2021 | PS | Draft | Draft agreement among USSI, ICS and Connolly. | $325.00 | 1.0 | $325.00 |
| 05/12/2021 | PS | Email | Email draft of Agreement to Bressler and telephone call with Bressler. | $325.00 | 0.2 | $65.00 |
| 05/13/2021 | PS | Review | Review Final Proof of Plan. | $325.00 | 0.5 | $162.50 |
| 05/17/2021 | PS | Email | Email exchange with Chase and Paul Murphy regarding Third Party Substitution. | $325.00 | 0.2 | $65.00 |
| 05/17/2021 | PS | Review | Receive and review draft Stipulation regarding Special Counsel. | $325.00 | 0.2 | $65.00 |
| 05/19/2021 | PS | Email | Email exchange with USSIC attorney regarding special counsel notes. | $325.00 | 0.1 | $32.50 |
| 05/19/2021 | PS | Email | Email from Chase and email to USSIC attorney regarding special counsel. | $325.00 | 0.1 | $32.50 |
| 05/19/2021 | PS | Review | Receive and review Order Setting Confirmation Hearing and prepare Ballot. | $325.00 | 0.5 | $162.50 |
| 05/21/2021 | PS | Email | Email exchange with Gary Bressler; email exchange with Aaron shapiro. | $325.00 | 0.3 | $97.50 |
| 05/24/2021 | PS | Email | Email exchange with Gary Bressler regarding employment of Special Counsel. | $325.00 | 0.2 | $65.00 |
| 05/26/2021 | PS | Review | Receive and review revised declaration from A. Shapiro and revised Stipulation. | $325.00 | 0.2 | $65.00 |
| 05/27/2021 | PS | Review | Receive and review email from Gary Bressler regarding Special Counsel. | $325.00 | 0.1 | $32.50 |
| 06/01/2021 | PS | Email | Email from Bressler (x2); email from Shapiro; email to all counsel regarding stipulation regarding Special Counsel. | $325.00 | 0.3 | $97.50 |
| 06/01/2021 | PS | Review | Receive and review final of Stipulation regarding Special Counsel; draft Second Amended Application to Employ Special Counsel; draft Motion to Approve Stipulation and circulate to all counsel. | $325.00 | 1.2 | $390.00 |
| 06/02/2021 | PS | Email | Email exchange with Bressler regarding stipulation. | $325.00 | 0.1 | $32.50 |
| 06/07/2021 | PS | Telephone Call | Telephone call with Chase Pritchard; email to Chase regarding Plan and Hancock Bank. | $325.00 | 0.1 | $32.50 |
| 06/08/2021 | PS | Telephone Call | Long telephone call with Paul Murphy regarding Plan and telephone call with Chase. | $325.00 | 0.6 | $195.00 |
| 06/08/2021 | PS | Review | Review draft of Plan provisions for Hancock Whitney Bank and send to Murphy. | $325.00 | 0.3 | $97.50 |
| 06/09/2021 | PS | Email | Email exchange with Bressler Loomis (USSIC) regarding items in Plan and service of Plan - Reading Crane; telephone call form Breesler. | $325.00 | 0.3 | $97.50 |
| 06/17/2021 | PS | Email | Email from Dorun Hinkin (SureTec) respond with information requested. | $325.00 | 0.1 | $32.50 |

| Date | | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/17/2021 | PS | Email | Email exchange x2 with Ray Lemisch (Kocks Krane) regarding Plan and proposed Confirmation Order. | $325.00 | 0.3 | $97.50 |
| 06/17/2021 | PS | Review | Receive and review email from USSIC attorney; telephone call with Gary Bressler (USSIC) and A. Shapiro (Special Counsel); letters to counsel for Reading Crane. | $325.00 | 0.3 | $97.50 |
| 06/18/2021 | PS | Telephone Call | Telephone call with Billy Wessler regarding changes of GEDA counsel and set-up dall. | $325.00 | 0.1 | $32.50 |
| 06/18/2021 | PS | Review | Review Proof of Claim - Plan preparatory for conference call with GEDA's new counsel, William Wessler, and Ed Ripley and conference call. | $325.00 | 0.5 | $162.50 |
| 06/21/2021 | PS | Telephone Call | Telephone call to Paul Murphy - review documents - left message. | $325.00 | 0.1 | $32.50 |
| 06/21/2021 | PS | Telephone Call | Telephone call from Paul Murphy. | $325.00 | 0.1 | $32.50 |
| 06/22/2021 | PS | Work | Work on Amendment to Plan to include in Confirmation Order; draft Confirmation Order; work on amendments for Koch Krane; Atlantic Specialties, SureTec, Saulter Crane, Hancock Whitney Bank, and general amendments. | $325.00 | 6.0 | $1,950.00 |
| 06/22/2021 | PS | Review | Receive and review Monthly Operating Report for February. | $325.00 | 0.3 | $97.50 |
| 06/22/2021 | PS | Review | Receive and review email from new GEDA Attorney, Ed Ripley, regarding proposed language for Confirmation Order. | $325.00 | 0.2 | $65.00 |
| 06/22/2021 | PS | Telephone Call | Telephone call with Ed Ripley - edit proposed language for Plan regarding GEDA; email to Ripley. | $325.00 | 0.4 | $130.00 |
| 06/23/2021 | PS | Work | Work on Confirmation Order and Objection of Hancock Whitney Bank to Plan. | $325.00 | 2.0 | $650.00 |
| 06/24/2021 | PS | Email | Email exchange with Ed Ripley regarding GEDA and Plan language; send final language to GEDA counsel. | $325.00 | 0.2 | $65.00 |
| 06/24/2021 | PS | Email | Email and text message to Paul Murphy regarding Objection to Confirmation. | $325.00 | 0.1 | $32.50 |
| 06/24/2021 | PS | Telephone Call | Long telephone call with Paul Murphy regarding Hancock Whitney Objection and send to Murphy. | $325.00 | 0.4 | $130.00 |
| 06/25/2021 | PS | Telephone Call | Long telephone call with Tristan Armer (Signet) regarding changing rate on Plan. | $325.00 | 0.3 | $97.50 |
| 06/25/2021 | PS | Work | Tally Ballots and draft Ballot Summary. | $325.00 | 0.5 | $162.50 |
| 06/28/2021 | PS | Telephone Call | Various telephone calls with Chase; review documents regarding Monthly Operating Reports and cash flow. | $325.00 | 0.3 | $97.50 |
| 06/28/2021 | PS | Telephone Call | Long telephone call with Sub V Trustee regarding Confirmation Hearing, Monthly Operating Report, Cash Flow, etc. | $325.00 | 0.3 | $97.50 |
| 06/28/2021 | PS | Review | Review documents; conference call with Chase and Trustee regarding Confirmation Hearing, Monthly Operating Reports, Cash Flow, etc. | $325.00 | 0.5 | $162.50 |
| 06/29/2021 | PS | Email | Email exchange with Kristi Johnson (Kocks Krane) Craig Geno and Paul Murphy regarding telephonic hearing on 6/30/2021. | $325.00 | 0.1 | $32.50 |
| 06/29/2021 | PS | Review | Receive and review Monthly Operating Reports for May and file. | $325.00 | 0.2 | $65.00 |
| 06/29/2021 | PS | Draft | Draft and submit Order Approving Aaron Shapiro as Special Counsel. | $325.00 | 0.2 | $65.00 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 06/30/2021 | PS | Hearing Preparation | Prepare for hearing. | $325.00 | 0.2 | $65.00 |
| 06/30/2021 | PS | Hearing | Telephonic Hearing with Judge Samson. | $325.00 | 0.3 | $97.50 |
| 06/30/2021 | PS | Draft | Draft collection letter to Gloucester; telephone call with Chase and Todd regarding same. | $325.00 | 1.0 | $325.00 |
| 07/01/2021 | PS | Email | Email to Chase regarding insurance and receive and review reply and telephone call with Ian Cross (insurance agent) all regarding insurance on Live Oak Property. | $325.00 | 0.5 | $162.50 |
| 07/12/2021 | PS | Telephone Call | Telephone call from Gary Bressler regarding the priority of the $70,000 advance to ICS by USSIC related to Hancock Bank. | $325.00 | 0.1 | $32.50 |
| 07/12/2021 | PS | Review | Make revisions to demand letter to Glouchester Marine Terminal. | $325.00 | 0.1 | $32.50 |
| 07/13/2021 | PS | Telephone Call | Telephone call with Chase regarding GMT Demand Letter (x3); make changes to letter and send to GMT. | $325.00 | 0.8 | $260.00 |
| 07/13/2021 | PS | Email | Respond to questions of Special Counsel (Bosio) regarding litigation case and potential settlement; telephone call with Geno; draft objection to Claim of World Scaffolding. | $325.00 | 1.2 | $390.00 |
| 07/19/2021 | PS | Email | Email from Chase and reply; receive emailed letter from Gloucester Marine Terminal attorney; forward to Chase. | $325.00 | 0.3 | $97.50 |
| 07/26/2021 | PS | Email | Emais from Lisa Kline (GMT attorney) and Gary Bressler (USSIC attorney) regarding Kocks litigation and email exchange with Chase and email exchange with Aaron Shapiro (Special Counsel - Delaware). | $325.00 | 0.5 | $162.50 |
| 07/27/2021 | PS | Telephone Call | Telephone call with Chase Pritchard - regarding telephone call with bonding company and GMT counsel. | $325.00 | 0.2 | $65.00 |
| 07/29/2021 | PS | Email | Email exchange with Gary Bressler (USSIC) regarding changes to Confirmation Order. | $325.00 | 0.1 | $32.50 |
| 07/30/2021 | PS | Telephone Call | Telephone call and email exchange with Peter Humphries regarding Confirmation Order and GMT and telephone conference with Chase. | $325.00 | 0.4 | $130.00 |
| 07/30/2021 | PS | Review | Revisions to Confirmation Order for Hancock Whitney Bank, GMT, USSIC, Kocks/Atlanic, GEDA and Soletez. | $325.00 | 2.0 | $650.00 |
| | | | | Totals: | 89.0 | $28,025.00 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 03/25/2021 | PS | Postage | Mail out of First Amended Plan to all creditors. | $0.71 | 125.0 | $88.75 |
| 04/30/2021 | TM | Postage | Mail out to all Creditors of Application to Employ Special Counsel | $0.51 | 120.0 | $61.20 |
| 05/11/2021 | TM | Postage | Mail out of Amended Application to Employ Special Counsel | $0.51 | 110.0 | $56.10 |
| 05/14/2021 | TM | Postage | Mail out of Application to Compensation Special Counsel (Emmerich) | $0.51 | 115.0 | $58.65 |
| 05/20/2021 | TM | Postage | Plan, Ballots, and Order regarding hearing mailed out to all creditors. | $0.71 | 115.0 | $81.65 |
| 06/07/2021 | PS | Postage | Postage for Second Amended Application to Employ Special Counsel | $0.51 | 116.0 | $59.16 |

| | |
|---|---:|
| Expense Total: | **$405.51** |

| | |
|---|---:|
| Time Entry Sub-Total: | $28,025.00 |
| Expense Sub-Total: | $405.51 |
| **Sub-Total:** | $28,430.51 |
| **Total:** | $28,430.51 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$28,430.51** |