## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:          **INDUSTRIAL & CRANE SERVICES, INC.**                    **CHAPTER 11**
                **Debtor**                                     **CASE NO. 20-51464-KMS**

### FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF NECESSARY EXPENSES FOR CRAIG M. GENO

COMES NOW the Craig M. Geno, the Subchapter V Trustee in this case (the "Trustee" or

"Mr. Geno"), and files this his *First Application for Allowance of Compensation and Reimbursement*

*of Necessary Expenses for Craig M. Geno* (the "Application"), and in support thereof, would show

as follows:

1.      On October 5, 2020, the United States Trustee filed a Notice of Appointment of

Subchapter V Trustee **[DK #21]** appointing Craig M. Geno as the Subchapter V Trustee in this case.

2.      The substantial services rendered by Mr. Geno as Subchapter V Trustee and the

expenses incurred by the Trustee benefitted the estate.  An Affidavit reflecting said legal services

rendered and expenses incurred is attached hereto as **Exhibit "A"**.  The Affidavit also certifies and

represents to the Court that the services rendered by the Trustee were reasonable and necessary and

that said services have actually been rendered.  A detailed itemization of such services and expenses

is attached as **Exhibit "B"** and incorporated by reference.

3.      The fees and expenses charged and incurred represent reasonable and necessary fees

and expenses that were required to be extended by the Trustee in all matters which are anticipated

to arise in the functioning of litigation matters, case administration and to protect and preserve all

rights of the Debtor and the interests of creditors in furtherance of the Trustee's obligations herein;

and they represent normal and customary fees and expenses incurred and charged for trustees in

similar cases.  The time, skill and experience utilized by the Trustee justify the approval of the Application.

4.      This is the Trustee's first request for allowance of compensation for professional services rendered in this proceeding.  This request covers the period from October 5, 2020, to and including August 18, 2021, and is for the sum of $18,518.28 ($18,480.00 in fees and $38.28 in expenses).

WHEREFORE, PREMISES CONSIDERED, the Trustee requests that this Court enter an Order awarding reasonable trustee's fees for the professional services rendered herein and authorizing and directing the Debtor to pay said trustee's fees and expenses.  The Trustee prays for general relief.

THIS, the 23rd day of August, 2021.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: */s/ Craig M. Geno*
     Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Industrial & Crane Services, Inc\Fee App\CMG\1st Application.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Abigail M. Marbury, Esq.
Office of the United States Trustee
abigail.m.marbury@usdoj.gov

Patrick A. Sheehan, Esq.
pat@sheehanramsey.com

THIS, the 23rd day of August, 2021.

/s/ Craig M. Geno
Craig M. Geno

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:       **INDUSTRIAL & CRANE SERVICES, INC.**      **CHAPTER 11**
                **Debtor**                                   **CASE NO. 20-51464-KMS**

# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **INDUSTRIAL & CRANE SERVICES, INC.**         **CHAPTER 11**
           **Debtor**                                    **CASE NO. 20-51464-KMS**

### <u>AFFIDAVIT</u>

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, the Subchapter V Trustee, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), Subchapter V Trustee, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable attorney's fees and necessary expenses.

_____
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF Madison

SWORN TO AND SUBSCRIBED BEFORE ME, this the 23rd day of August, 2021.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2025

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **INDUSTRIAL & CRANE SERVICES, INC.**  **CHAPTER 11**
        **Debtor**  **CASE NO. 20-51464-KMS**

# EXHIBIT "B"

## *Law Offices of Craig M. Geno, PLLC*
587 Highland Colony Parkway
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048                    Fax:601-427-0050

Industrial & Crane Services, Inc.                                        August 23, 2021
MS-Mississippi
USA

|  |  |
|---|---|
| File #: | T20006 |
| Inv #: | 347586 |

**Attention:**

**RE:**      Subchapter V Trustee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Oct-05-20 | Dictation of Verified Statement | 0.10 | 25.00 | CMG |
|  | Assist CMG drafting New Client Data Sheet, Verified Statement of Subchapter V Trustee | 0.20 | 30.00 | KLC |
| Oct-07-20 | Assist CMG setting up file | 0.15 | 22.50 | KLC |
| Oct-09-20 | Review numerous memos to/from Ms. Marbury, Mr. Reiland, Mr. Sheehan regarding IDI & 341. | 0.50 | 125.00 | CMG |
|  | Review Court notice re 341 | 0.20 | 50.00 | CMG |
| Oct-11-20 | Review deficiency notice | 0.10 | 25.00 | CMG |
| Oct-12-20 | Review Notice from S. Wells. | 0.10 | 25.00 | CMG |
|  | Receipt and review of Notice of Meeting of Creditors; calendar various deadlines | 0.15 | 22.50 | KLC |
| Oct-13-20 | Review memos to/from Barret Arthur re interest in assets | 0.15 | 37.50 | CMG |
| Oct-14-20 | Telephone conference with P. Sheehan regarding bankruptcy | 0.15 | 37.50 | CMG |
|  | Attended IDI. | 0.85 | 212.50 | CMG |

Invoice #:      347586                   Page   2                          August 23, 2021

| | | | | |
|---|---|---|---|---|
| | Review memo from P. Sheehan, P. Reiland regarding IDI follow up, proof of insurance. | 0.25 | 62.50 | CMG |
| | Review IDI materials; tax return and financial documents; prepare for IDI | 0.65 | 162.50 | CMG |
| Oct-15-20 | Review Motion/ Order regarding Schedules Extension. | 0.20 | 50.00 | CMG |
| | Review Chatham Steel POC. | 0.20 | 50.00 | CMG |
| Oct-16-20 | Telephone conference with P. Sheehan regarding payment from controlled account to subcontractor. | 0.25 | 62.50 | CMG |
| | Receipt and review of Order Granting Debtor Additional Time to File Schedules and Statements; calendar deadline for Debtor to file schedules, etc. | 0.10 | 15.00 | KLC |
| Oct-19-20 | Review memo from Ms. Marbury regarding court appearance on 11/5 | 0.05 | 12.50 | CMG |
| Oct-20-20 | Review Grainger POC. | 0.10 | 25.00 | CMG |
| | Review FlexForce POC. | 0.00 | 0.00 | CMG |
| Oct-30-20 | Review Notice from Flex Force | 0.20 | 50.00 | CMG |
| Nov-02-20 | Review notice - GEDA Elevator | 0.10 | 25.00 | CMG |
| | Review memos to/from Ms. Marbury, Mr.Sheehan re schedules and 341 meeting rescheduled | 0.25 | 62.50 | CMG |
| | Review Agreed Scheduling Order | 0.10 | 25.00 | CMG |
| Nov-04-20 | Attended telephonic 341 meeting | 1.00 | 250.00 | CMG |
| | Receipt and review of Agreed Scheduling Order; calendar deadline for Debtor to file SubV Plan | 0.10 | 15.00 | KLC |
| | Receipt and review of Minutes from Meeting of Creditors; calendar rescheduled meeting date to trigger preparation of hearing folder | 0.10 | 15.00 | KLC |
| Nov-05-20 | Review Airgas proof of claim | 0.10 | 25.00 | CMG |

Invoice #:      347586                     Page   3                           August 23, 2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Attended status conference | 0.15 | 37.50 | CMG |
|  | Telephone conference with Pat Sheehan re status conference | 0.10 | 25.00 | CMG |
|  | Review minute entry | 0.10 | 25.00 | CMG |
| Nov-06-20 | Review proof of claim re Landstar Ranger | 0.35 | 87.50 | CMG |
| Nov-12-20 | Review and study schedules and statement of affairs | 1.25 | 312.50 | CMG |
|  | Telephone conference with Pat Sheehan re payments from control account; engagement in Philadelphia PA for special counsel and related issues | 0.30 | 75.00 | CMG |
|  | Review memo from Abigail Marbury re 341 procedure | 0.10 | 25.00 | CMG |
| Nov-13-20 | Review memos from Tim Anzenberger; Abigail Marbury re 341 transcript | 0.10 | 25.00 | CMG |
|  | Review motion to reject | 0.30 | 75.00 | CMG |
|  | Review memo from Abigail Marbury, 341 outline | 0.15 | 37.50 | CMG |
|  | Receipt and review of Notice re Debtor's Motion to Reject Unexpired Personal Property Leases | 0.10 | 15.00 | KLC |
| Nov-16-20 | Review UST 341 notes | 0.10 | 25.00 | CMG |
|  | Review application and notice to employ special counsel | 0.25 | 62.50 | CMG |
| Nov-17-20 | Review proof of claim from Williams Scotsman | 0.25 | 62.50 | CMG |
|  | Receipt and review of Notice re Debtor's Application to Employ Special Counsel; calendar objection deadline | 0.10 | 15.00 | KLC |
| Nov-19-20 | Review notice from World Scaffold | 0.10 | 25.00 | CMG |
| Nov-23-20 | Review amended petition and schedules | 0.55 | 137.50 | CMG |

Invoice #:    347586                     Page    4                          August 23, 2021

| | | | | |
|---|---|---|---|---|
| | Receipt and review of Notice of Amendment to Schedules; calendar various deadlines | 0.15 | 22.50 | KLC |
| Dec-03-20 | Review World Scaffold proof of claim | 0.35 | 87.50 | CMG |
| Dec-04-20 | Review Motion to Reject | 0.20 | 50.00 | CMG |
| Dec-07-20 | Review Motion Industries proof of claim | 0.25 | 62.50 | CMG |
| Dec-09-20 | Review Order rejecting lease | 0.05 | 12.50 | CMG |
| Dec-14-20 | Review memos to/from Ms. Marbury; Mr. Sheehan re timely monthly operating reports | 0.20 | 50.00 | CMG |
| Dec-15-20 | Review notice from Signet Maritime | 0.10 | 25.00 | CMG |
| | Review memo from Pat Sheehan re monthly operating report filing | 0.05 | 12.50 | CMG |
| Dec-17-20 | Review Certificate of Service re GEDA motion | 0.10 | 25.00 | CMG |
| | Review Clerk's 4001 memo | 0.15 | 37.50 | CMG |
| | Review hearing notice re GEDA motion | 0.20 | 50.00 | CMG |
| | Receipt and review of hearing notice re GEDA USA Elevator's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 22.50 | KLC |
| Dec-21-20 | Telephone conference with Pat Sheehan re employment of special counsel, critical vendor issue and related matters | 0.25 | 62.50 | CMG |
| Dec-23-20 | Review October MOR | 0.25 | 62.50 | CMG |
| | Receipt and review of Notice re Debtor's Application to Employ Special Counsel Dogan & Wilkinson; calendar objection deadline | 0.10 | 15.00 | KLC |
| Dec-27-20 | Review Application to Employ | 0.45 | 112.50 | CMG |
| | Review Notice re Application to Employ | 0.10 | 25.00 | CMG |
| Dec-28-20 | Review notice of hearing on C.V. motion | 0.20 | 50.00 | CMG |

Invoice #:       347586                          Page   5                          August 23, 2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Reiew notice re 1/14 hearing | 0.10 | 25.00 | CMG |
|  | Receipt and review of hearing notice re Debtor's Emergency Motion Requesting Designation of Critical Vendor; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 22.50 | KLC |
| Dec-29-20 | Receipt and review of hearing notice re Debtor's Motion to Set Aside Order Approving Rejection of Unexpired Leases of Personal Property and Withdraw Motion to Reject Leases; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 22.50 | KLC |
| Dec-30-20 | Dictation of memo to Abigail Marbury re Plan | 0.05 | 12.50 | CMG |
|  | Review Motion to Set Aside | 0.20 | 50.00 | CMG |
| Jan-04-21 | Receipt and review of Order re Subchapter V Plan; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 22.50 | KLC |
| Jan-05-21 | Review critical vendor motion | 0.55 | 137.50 | CMG |
|  | Telephone conference with Pat Sheehan re critical vendor motion | 0.15 | 37.50 | CMG |
|  | Review hearing notice re critical vendor motion | 0.15 | 37.50 | CMG |
|  | Dictation of response to critical vendor motion | 0.40 | 100.00 | CMG |
|  | Review and revision of response to critical vendor motion | 0.20 | 50.00 | CMG |
|  | Review hearing notices re Plan and confirmation | 0.20 | 50.00 | CMG |
|  | Review Clerk's letter re Plan confirmation and notices | 0.10 | 25.00 | CMG |
|  | Review file and court docket re: 1/6/21 hearing on Debtor's Emergency Motion Requesting Designation of Critical Vendor; prepare hearing folder for same | 0.20 | 30.00 | KLC |

Invoice #:      347586                    Page   6                         August 23, 2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Assist CMG drafting and revising Response to Debtor's Emergency Motion Requesting Designation of Critical Vendor | 0.30 | 45.00 | KLC |
| Jan-06-21 | Review minute entry | 0.10 | 25.00 | CMG |
| Jan-07-21 | Review GEDA motion | 0.75 | 187.50 | CMG |
|  | Dictation of Answer to GEDA motion | 0.65 | 162.50 | CMG |
|  | Review and revision of Trustee Answer | 0.35 | 87.50 | CMG |
|  | Review order re C.V. | 0.10 | 25.00 | CMG |
|  | Review COS re confirmation hearing | 0.10 | 25.00 | CMG |
|  | Assist CMG drafting Objection to GEDA Motion for Relief | 0.40 | 60.00 | KLC |
| Jan-13-21 | Review Amended MTLS of GEDA and Response/Reply of GEDA | 0.35 | 87.50 | CMG |
|  | Review memos to/from Tim Anzenberger re resolving the MTLS | 0.20 | 50.00 | CMG |
|  | Review memos to/from Tim Anzenberger re continuance | 0.10 | 25.00 | CMG |
|  | Review file and court docket re: 1/14/21 hearing on GEDA USA Elevator's Motion for Relief from Stay; prepare hearing folder for same | 0.40 | 60.00 | KLC |
| Jan-14-21 | Review memos to/from Tim Anzenberger re status of MTLS | 0.20 | 50.00 | CMG |
|  | Attended hearing on MTLS | 0.45 | 112.50 | CMG |
|  | Review minute entry | 0.15 | 37.50 | CMG |
| Jan-18-21 | Telephone conference with Pat Sheehan re critical vendor status ruling, lift stay result | 0.10 | 25.00 | CMG |
| Jan-21-21 | Review memo from Abigail Marbury re missing MORs | 0.05 | 12.50 | CMG |
|  | Review POC from Connolly Gallagher | 0.20 | 50.00 | CMG |

Invoice #:      347586                    Page   7                          August 23, 2021

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Jan-23-21 | Review notice from Kocks Krane GmBH | 0.10 | 25.00 | CMG |
| | Review November 2020 MOR | 0.60 | 150.00 | CMG |
| | Dictation of memo to Pat Sheehan re revenue misses | 0.10 | 25.00 | CMG |
| Jan-25-21 | Review memo from Tim Anzenberger and review revised stay order | 0.20 | 50.00 | CMG |
| Jan-27-21 | Review Phelps Dunbar POC | 0.10 | 25.00 | CMG |
| Jan-28-21 | Review POC of Astro Holdings | 0.35 | 87.50 | CMG |
| Jan-29-21 | Brief review of US Specialty Insurance POC | 0.30 | 75.00 | CMG |
| | Review Airgas POC | 0.10 | 25.00 | CMG |
| | Review Kocks Krane POC | 0.50 | 125.00 | CMG |
| | Review Atlantic Specialty Insurance POC | 0.10 | 25.00 | CMG |
| | Review Notice - Atlantic Specialty Insurance & Kocks Krane | 0.15 | 37.50 | CMG |
| | Review order setting aside | 0.10 | 25.00 | CMG |
| | Review BrandSafway POC | 0.10 | 25.00 | CMG |
| | Brief review of SureTec POC; Review underlying documents and supporting exhibits | 0.40 | 100.00 | CMG |
| | Review Maxim Crane POC | 0.35 | 87.50 | CMG |
| Feb-01-21 | Review Sautter Crane POC | 0.20 | 50.00 | CMG |
| Feb-08-21 | Telephone conference with Pat Sheehan re Delaware litigation | 0.20 | 50.00 | CMG |
| | Telephone conference with Kristi Johnson and co-counsel re Plan issues, litigation in Delaware and prospects for lifting stay, Plan/claim estimation issues and problems, Plan/claim estimation for voting purposes and possible mediation of issues | 0.85 | 212.50 | CMG |

Invoice #:    347586                    Page   8                         August 23, 2021

| | | | | |
|---|---|---|---|---|
| Feb-17-21 | Review memo from Abigail Marbury re missing documents | 0.05 | 12.50 | CMG |
| Feb-23-21 | Review memo from Kristi Johnson re case/plan status | 0.01 | 2.50 | CMG |
| | Telephone conference with Pat Sheehan re case/plan status, claim estimation procedure for voting purposes and valuations | 0.15 | 37.50 | CMG |
| | Dictation of Motion for Status Conference; Review and revision of same | 0.50 | 125.00 | CMG |
| | Review Notice re Motion for Status Conference | 0.20 | 50.00 | CMG |
| | Telephone conference with Abbie Marbury re status conference issues | 0.20 | 50.00 | CMG |
| | Review bonding company plan proposal and memos re same to/from Pat Sheehan | 0.45 | 112.50 | CMG |
| | Review memos to/from  Paul Murphy re claim [secured/unsecured] of Hancock, collateral value and related issues | 0.20 | 50.00 | CMG |
| | Review hearing notice re status conference | 0.20 | 50.00 | CMG |
| | Review memo from KLC re cancellation and reset of status on March 4 | 0.20 | 50.00 | CMG |
| | Telephone conference with Abigail Marbury re case status; Review memo from Pat Sheehan re case status and reason for status conference | 0.30 | 75.00 | CMG |
| | Renewed review of objections to Plan | 0.15 | 37.50 | CMG |
| | Review and study Plan | 1.10 | 275.00 | CMG |
| | Assist CMG in drafting motion for a status conference; ECF filing re same | 0.30 | 45.00 | SLP |
| Feb-24-21 | Review memos from Pat Sheehan, Johnathan Ord re case status, Plan, objections and viability | 0.15 | 37.50 | CMG |
| | Dictation of Plan Response | 1.00 | 250.00 | CMG |
| Feb-25-21 | Review memos to/from Pat Sheehan, Chase Pritchard, counsel for USSI re settlement | 0.65 | 162.50 | CMG |

Invoice #:      347586                    Page   9                        August 23, 2021

| | | | | |
|---|---|---|---|---|
| | proposal of USSI claims; Review USSI settlement proposal and comment on it, officer compensation issues | | | |
| | Review and revision of response to Plan | 0.60 | 150.00 | CMG |
| | Telephone conference with Pat Sheehan re response to Plan, other objections, results of status conference with USSI and related issues | 0.15 | 37.50 | CMG |
| | Assist CMG drafting Order on Motion for Status Conference | 0.10 | 15.00 | KLC |
| | Assist CMG drafting and revising Response to Debtor's SubV Plan | 0.55 | 82.50 | KLC |
| Feb-26-21 | Review USSI notice | 0.10 | 25.00 | CMG |
| | Receipt and review of Debtor's 1st Fee Application for Attorney Sheehan; calendar objection deadline | 0.10 | 15.00 | KLC |
| Feb-28-21 | Brief review of fee application, notice of Pat Sheehan | 0.15 | 37.50 | CMG |
| | Review Delaware POC filed by Kochs Krane | 0.20 | 50.00 | CMG |
| | Review memo from Pat Sheehan rejecting USSI's offer and draft language | 0.20 | 50.00 | CMG |
| Mar-01-21 | Review Chapter 11 Ballot Certification | 0.10 | 25.00 | CMG |
| Mar-02-21 | Review January 2021 MOR | 0.55 | 137.50 | CMG |
| Mar-03-21 | Telephone conference with Mr. Sheehan re status conference, claim estimation, discovery and reset confirmation hearing | 0.20 | 50.00 | CMG |
| Mar-04-21 | Review and revision of itemizations | 0.35 | 87.50 | CMG |
| | Attended status conference | 0.50 | 125.00 | CMG |
| | Review minute entry | 0.10 | 25.00 | CMG |
| | Receipt and review of Minute Entry re status conference on Debtor's Subchapter V Plan; calendar deadline for Debtor to file amended | 0.15 | 22.50 | KLC |

Invoice #:    347586              Page   10                              August 23, 2021

| | | | | |
|---|---|---|---|---|
| | Subchapter V plan and hearing date to trigger preparation of hearing folder | | | |
| | Assist CMG reviewing and revising itemizations | 0.20 | 30.00 | KLC |
| Mar-05-21 | Review memo from Paul Murphy re Hancock perfection documents | 0.15 | 37.50 | CMG |
| Mar-08-21 | Assist CMG reviewing and revising itemizations | 0.20 | 30.00 | KLC |
| Mar-11-21 | Review memo from Gary Bressler re review of plan amendments | 0.05 | 12.50 | CMG |
| Mar-12-21 | Telephone conference with Kristi Johnson re terms of offer | 0.10 | 25.00 | CMG |
| | Review IRS POC | 0.30 | 75.00 | CMG |
| | Dictation of memo to Pat Sheehan re failure to file FICA returns | 0.20 | 50.00 | CMG |
| Mar-13-21 | Dictation of memo to Pat Sheehan re IRS POC | 0.20 | 50.00 | CMG |
| Mar-17-21 | Review memo from Kristi Johnson re settlement proposal | 0.20 | 50.00 | CMG |
| | Telephone conference with Kristi Johnson re details of settlement | 0.20 | 50.00 | CMG |
| | Review memo from Kristi Johnson re confirming settlement details | 0.20 | 50.00 | CMG |
| | Telephone conference with Pat Sheehan re settlement, terms of treatment of various claims, discussed secured status and administrative status of various bond claimants | 0.55 | 137.50 | CMG |
| | Review draft motions to estimate | 0.20 | 50.00 | CMG |
| Mar-18-21 | Review memos to/from Pat Sheehan re treatment of bonding company in plan | 0.15 | 37.50 | CMG |
| | Review memo from Ray Lemisch re plan amendments | 0.05 | 12.50 | CMG |
| | Review memo from Pat Sheehan re modifying Kocks Krane language to include USSI objection | 0.25 | 62.50 | CMG |

Invoice #:     347586                    Page   11                              August 23, 2021

| | | | | |
|---|---|---|---|---|
| Mar-22-21 | Review order setting Plan for trial | 0.25 | 62.50 | CMG |
| Mar-23-21 | Receipt and review of Order Fixing Time for Filing Acceptances/Rejections to Debtor's Amended SubV Plan; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 22.50 | KLC |
| Mar-24-21 | Review memos to/from Pat Sheehan, Kristi Johnson re plan issues | 0.15 | 37.50 | CMG |
| | Telephone conference with Pat Sheehan re Kocks Krane and USSI objections, tax claims and classification | 0.20 | 50.00 | CMG |
| Mar-26-21 | Review COS re plan | 0.15 | 37.50 | CMG |
| | Review memos to/from Pat Sheehan, company reps re GEDA proposal | 0.25 | 62.50 | CMG |
| Apr-07-21 | Review memos to/from Kristi Johnson, Ray Lemisch, Pat Sheehan re limiting notice | 0.20 | 50.00 | CMG |
| Apr-13-21 | Review memo from Kristi Johnson re offer to prepare consent order for Kocks Krane plan issues | 0.10 | 25.00 | CMG |
| | Review January MOR | 0.65 | 162.50 | CMG |
| Apr-15-21 | Review memos to/from Kristi Johnson re new litigation developments | 0.10 | 25.00 | CMG |
| | Review memo from Pat Sheehan re revisions from Ray Lemisch re Kocks Krane, et al. claims and related matters | 0.20 | 50.00 | CMG |
| Apr-16-21 | Telephone conference with Kristi Johnson & Kocks Krane co-counsel re settlement developments, implementation of settlement and related issues | 0.65 | 162.50 | CMG |
| | Review new, revised terms from Gary Bressler re bond claims | 0.20 | 50.00 | CMG |
| | Telephone conference with Pat Sheehan re Kocks Krane settlement | 0.20 | 50.00 | CMG |
| | Telephone conference with Chase Pritchard re settlement terms and IRS claims v. Kocks Krane and others | 0.20 | 50.00 | CMG |

Invoice #:    347586                   Page    12                        August 23, 2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Dictation of memo to Pat Sheehan re bond claim language and acceptance or rejection of bond | 0.20 | 50.00 | CMG |
|  | Review memo from Pat Sheehan; Review settlement proposal from Whitney | 0.25 | 62.50 | CMG |
| Apr-19-21 | Telephone conference with Paul Murphy (vm) re continuance | 0.10 | 25.00 | CMG |
|  | Review memos to/from Kristi Johnson re follow up to Delaware litigation settlement issues | 0.20 | 50.00 | CMG |
|  | Telephone conference with Pat Sheehan re Delaware settlement issues | 0.25 | 62.50 | CMG |
| Apr-20-21 | Review numerous memos to/from Kocks Krane counsel, Pat Sheehan, Chase Pritchard re Kocks Krane proposed settlement | 0.75 | 187.50 | CMG |
|  | Telephone conference with Pat Sheehan, Chase Pritchard re terms of settlement, need for cash from Kocks Krane contract proceeds | 0.25 | 62.50 | CMG |
|  | Conference call with Kocks Krane counsel, Chase Pritchard, Pat Sheehan re settlement terms and questions and answers re it | 0.65 | 162.50 | CMG |
| Apr-21-21 | Review memos to/from Pat Sheehan, A. Shapiro re logistics | 0.10 | 25.00 | CMG |
|  | Conference call with Pat Sheehan, A. Shapiro (Delaware counsel) re Kocks Krane settlement | 0.45 | 112.50 | CMG |
|  | Telephone conference with Pat Sheehan (2); Review memos from Chase Pritchard re settlement demands with Kocks Krane and DOL | 0.30 | 75.00 | CMG |
|  | Conference call with Kocks Krane legal team, Pat Sheehan re rejection of settlement and reasons for rejection, procedures going forward | 0.40 | 100.00 | CMG |
|  | Review memo from Kristi Johnson re confirming procedures and timeline going forward | 0.20 | 50.00 | CMG |
| Apr-22-21 | Review memos to/from Pat Sheehan, Gary Bressler re Plan status and withdrawal | 0.10 | 25.00 | CMG |

Invoice #:      347586                          Page    13                                   August 23, 2021

|           | Review notice of withdrawal of Plan | 0.10 | 25.00 | CMG |
|-----------|-------------------------------------|------|-------|-----|
|           | Review memos to/from Pat Sheehan, Gary Bressler re status of various construction projects, Plan issues, use of received funds | 0.30 | 75.00 | CMG |
|           | Review letter from Pat Sheehan; Review draft declaration re employment of Aaron Shapiro and responses re same | 0.25 | 62.50 | CMG |
| Apr-23-21 | Review memos to/from Pat Sheehan, Gary Bressler, Chase Pritchard re trust fund payments | 0.25 | 62.50 | CMG |
|           | Receipt and review of Order re Debtor's Motion to Withdraw 1st Amended Plan; calendar deadline for Debtor to file 2nd amended plan | 0.10 | 15.00 | KLC |
| Apr-26-21 | Telephone conference with Pat Sheehan re released retainage on New Orleans job | 0.25 | 62.50 | CMG |
| Apr-28-21 | Review draft and final stipulation on use of cash collateral and approval of same | 0.65 | 162.50 | CMG |
|           | Review memos to/from James McCullough, Gary Bressler, Pat Sheehan re draft, and final, cash collateral stipulation, motion and order | 0.25 | 62.50 | CMG |
|           | Telephone conference with Pat Sheehan re terms of use of cash collateral and presentation to court | 0.20 | 50.00 | CMG |
|           | Review hearing notice | 0.20 | 50.00 | CMG |
| Apr-29-21 | Review COS re emergency motion | 0.15 | 37.50 | CMG |
|           | Review memo from UST re MORs delinquency | 0.10 | 25.00 | CMG |
|           | Review memos to/from Pat Sheehan, Chase Pritchard re hearing and trial prep | 0.10 | 25.00 | CMG |
| Apr-30-21 | Telephone conference with Paul Murphy re hearing results, Hancock position | 0.20 | 50.00 | CMG |
|           | Attended telephonic hearing re Emergency Motion to Approve Stipulation and Use Cash Collateral | 0.55 | 137.50 | CMG |

Invoice #:      347586                    Page   14                                August 23, 2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review numerous memos to/from all counsel on emergency motion; Review comments on emergency motion and order re lien priority and reservation of rights; Review final form of order | 0.55 | 137.50 | CMG |
|  | Review minute entry | 0.05 | 12.50 | CMG |
|  | Receipt and review of Notice re Debtor's Application to Employ Special Counsel Aaron Shapiro; calendar objection deadline | 0.10 | 15.00 | KLC |
| May-03-21 | Review memo from Kristi Johnson re mediation | 0.10 | 25.00 | CMG |
| May-04-21 | Review memos to/from Kristi Johnon re mediation roster | 0.10 | 25.00 | CMG |
|  | Review memos to/from Kristi Johnson re mediation logistics | 0.20 | 50.00 | CMG |
| May-05-21 | Review memo from Gary Bressler re changes in Delaware litigation to parties defendant | 0.25 | 62.50 | CMG |
| May-06-21 | Review memos to/from Kristi Johnson re special counsel status | 0.20 | 50.00 | CMG |
| May-07-21 | Review memos to/from Kristi Johnson, Pat Sheehan re Amended Plan | 0.20 | 50.00 | CMG |
|  | Review memos to/from Ms. Marbury re MOR | 0.05 | 12.50 | CMG |
| May-10-21 | Review application to employ special counsel | 0.45 | 112.50 | CMG |
|  | Review motion to shorten time for objections to amended application to employ special counsel | 0.25 | 62.50 | CMG |
| May-12-21 | Review memos to/from Pat Sheehan re pre-petition debt to special counsel | 0.20 | 50.00 | CMG |
| May-13-21 | Review motion to withdraw application; Review memos to/from Kristi Johnson, Pat Sheehan re reasons for withdrawal of application to employ | 0.25 | 62.50 | CMG |
| May-14-21 | Review memos to/from Pat Sheehan re reasons for withdrawal of application to employ | 0.25 | 62.50 | CMG |
|  | Receipt and review of Notice re Debtor's Fee | 0.10 | 15.00 | KLC |

Invoice #:   347586                    Page   15                        August 23, 2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Application for Special Counsel; calendar objection deadline |  |  |  |
| May-17-21 | Review order on show cause | 0.10 | 25.00 | CMG |
| May-18-21 | Review notice of confirmation hearing | 0.20 | 50.00 | CMG |
|  | Review clerk's letter to counsel for Debtor | 0.10 | 25.00 | CMG |
|  | Conference with KLC re continuing confirmation hearing due to scheduling conflict and clerk's response | 0.20 | 50.00 | CMG |
|  | Telephone conferences with Pat Sheehan re scheduling issues and confirmation continuance | 0.25 | 62.50 | CMG |
| May-20-21 | Review notice from SureTec Insurance Company | 0.10 | 25.00 | CMG |
|  | Receipt and review of Order Fixing Time for Filing Acceptances/Rejections re Debtor's 2nd Amended SubV Plan; calendar hearing date, objection deadline and ballot deadline to trigger preparation of hearing folder | 0.15 | 22.50 | KLC |
| May-24-21 | Review COS re plan | 0.10 | 25.00 | CMG |
| Jun-04-21 | Review hearing notice | 0.20 | 50.00 | CMG |
| Jun-08-21 | Telephone conference with Pat Sheehan re non-impairment of creditors and plan impact | 0.20 | 50.00 | CMG |
|  | Review Gary Bressler response re impaired creditors | 0.20 | 50.00 | CMG |
| Jun-09-21 | Review memos to/from counsel re impairment and related voting issues | 0.10 | 25.00 | CMG |
| Jun-10-21 | Receipt and review of hearing notice re Debtor's Motion to Approve Stipulation re Special Counsel; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 22.50 | KLC |
| Jun-16-21 | Review Whitney POC | 0.65 | 162.50 | CMG |
| Jun-20-21 | Review memos to/from Ms. Marbury re appointment to select mediator, plan issues | 0.20 | 50.00 | CMG |

Invoice #:      347586                    Page   16                         August 23, 2021

| Jun-22-21 | Review memos to/from Chase Pritchard, Nathan Bosio, Pat Sheehan re treatment of GEDA claims in plan and post-confirmation | 0.20 | 50.00 | CMG |
|---|---|---|---|---|
| | Review conditional ballot acceptances and letter from Kristi Johnson re same | 0.25 | 62.50 | CMG |
| | Assist CMG drafting Motion to Continue Confirmation Hearing | 0.10 | 15.00 | KLC |
| Jun-24-21 | Review memos to/from Pat Sheehan, David DeBruin re mediation and related issues for confirmation | 0.20 | 50.00 | CMG |
| | Review memos to/from Ms. Marbury, Christy Cannette re video connections and objection deadline to plan | 0.10 | 25.00 | CMG |
| Jun-25-21 | Telephone conference with Paul Murphy's staff re status of Hancock objection | 0.15 | 37.50 | CMG |
| | Dictation of motion to continue | 0.25 | 62.50 | CMG |
| | Review memos to/from Kristi Johnson, Ray Lemisch re status conference and confirmation reset | 0.20 | 50.00 | CMG |
| | Review notice of hearing on motion to continue | 0.20 | 50.00 | CMG |
| | Dictation of motion for status conference; Review and revision of same | 0.50 | 125.00 | CMG |
| | Telephone conference with Christy Cannette re reset of various hearings and status of same | 0.20 | 50.00 | CMG |
| | Review notices and reset orders | 0.20 | 50.00 | CMG |
| | Review memos to/from Ms. Marbury re feasibility, plan objection, likelihood of a consensual plan and related issues | 0.30 | 75.00 | CMG |
| | Review notice and order re GEDA motion | 0.25 | 62.50 | CMG |
| | Review late filed MORs | 0.10 | 25.00 | CMG |
| | Receipt and review of hearing notice re Motion to Continue Confirmation Hearing; calendar hearing date to trigger preparation of hearing folder | 0.10 | 15.00 | KLC |

Invoice #:      347586                    Page   17                          August 23, 2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | Assist CMG revising Motion to Continue Confirmation Hearing | 0.10 | 15.00 | KLC |
|  | Assist CMG drafting and revising Joint Motion for Status Conference | 0.30 | 45.00 | KLC |
|  | Receipt and review of hearing notice re Joint Motion for Status Conference; calendar hearing date to trigger preparation of hearing folder | 0.10 | 15.00 | KLC |
| Jun-27-21 | Review memos to/from Pat Sheehan re feasibility issues | 0.20 | 50.00 | CMG |
| Jun-28-21 | Telephone conference with Mr. Sheehan re feasibility issues | 0.20 | 50.00 | CMG |
|  | Second telephone conference with Mr. Sheehan re feasibility, continuance | 0.25 | 62.50 | CMG |
|  | Conference call with Mr. Sheehan, Mr. Pritchard re feasibility, reasons for losses | 0.40 | 100.00 | CMG |
|  | Review May MOR | 0.45 | 112.50 | CMG |
|  | Review ballot certification | 0.15 | 37.50 | CMG |
|  | Review memo from Mr. Sheehan re Gloucester Terminal demand | 0.10 | 25.00 | CMG |
| Jun-29-21 | Review memos to/from counsel re continuance | 0.25 | 62.50 | CMG |
| Jun-30-21 | Review motion to continue | 0.35 | 87.50 | CMG |
|  | Review reset order | 0.20 | 50.00 | CMG |
|  | Dictation of orders on motion to continue and for scheduling conference; Review and revision of same | 0.20 | 50.00 | CMG |
|  | Review minute entries | 0.15 | 37.50 | CMG |
|  | Receipt and review of Minute Entry re Motion to Continue Confirmation Hearing; calendar deadline to submit order | 0.10 | 15.00 | KLC |
|  | Receipt and review of Minute Entry re Motion | 0.10 | 15.00 | KLC |

Invoice #:      347586                     Page    18                          August 23, 2021

|  |  |  |  |  |
|---|---|---|---|---|
|  | to Set Status Conference; calendar deadline to submit order |  |  |  |
|  | Receipt and review of Order Resetting Confirmation Hearing; calendar hearing date to trigger preparation of hearing folder | 0.10 | 15.00 | KLC |
| Jul-01-21 | Review order approving second stipulation and employment of counsel | 0.20 | 50.00 | CMG |
|  | Assist CMG drafting Order re Joint Motion for Status Conference | 0.15 | 22.50 | KLC |
|  | Assist CMG drafting Order re Motion to Continue Confirmation Hearing | 0.15 | 22.50 | KLC |
| Jul-12-21 | Telephone conference with Pat Sheehan re new bond claimant plan language, current status of bank negotiations | 0.20 | 50.00 | CMG |
|  | Review memos to/from Pat Sheehan; Review changes requested by USSIC and order confirming plan | 0.30 | 75.00 | CMG |
| Jul-13-21 | Update/preparation of document management control (subfiles and pleadings) | 0.30 | 45.00 | KLC |
| Jul-15-21 | Review objection to claim filed by the Debtor | 0.35 | 87.50 | CMG |
| Jul-16-21 | Receipt and review of Debtor's Notice and Objection to World Scaffold's Proof of Claim #11; calendar objection deadline | 0.10 | 15.00 | KLC |
| Jul-20-21 | Review response to objection to claim of World Scaffold, LLC | 0.25 | 62.50 | CMG |
|  | Receipt and review of hearing notice re Debtor's Objection to POC #11 of World Scaffold; calendar hearing date to trigger preparation of hearing folder | 0.10 | 15.00 | KLC |
| Jul-29-21 | Review memo from Gary Bressler re confirmation order language | 0.20 | 50.00 | CMG |
| Aug-02-21 | Review memos to/from Abby Marbury re logistics for confirmation hearing | 0.10 | 25.00 | CMG |
|  | Review memo from KLC approving request to participate by video and information concerning exhibits and examination of witnesses as a result | 0.10 | 25.00 | CMG |

Invoice #:     347586                    Page   19                        August 23, 2021

| | | | | |
|---|---|---|---|---|
| Aug-03-21 | Review amended ballot certification | 0.20 | 50.00 | CMG |
| | Review memo from Pat Sheehan re outline of terms proposed to Hancock to resolve its objections to plan | 0.20 | 50.00 | CMG |
| Aug-04-21 | Review memo from Pat Sheehan re class voting | 0.25 | 62.50 | CMG |
| | Telephone conference with Pat Sheehan re Hancock status and terms, A/R collection, feasibility and plan confirmation, Trustee position post-confirmation | 0.25 | 62.50 | CMG |
| | Review Pat Sheehan application for compensation, notice and COS | 0.25 | 62.50 | CMG |
| | Review memos to/from Pat Sheehan; Review draft confirmation order | 0.35 | 87.50 | CMG |
| Aug-05-21 | Review numerous memos to/from Gary Bressler, Kristi Johnson, Pat Sheehan re treatment of Mr. Bressler's client in plan and changes to be made | 0.25 | 62.50 | CMG |
| | Review memo from Ed Ripley approving language in plan on Paragraph 9 for GEDA | 0.05 | 12.50 | CMG |
| | Review memos to/from Gaston Loomis; Review proposed changes to confirmation orders re Mr. Loomis' requests | 0.20 | 50.00 | CMG |
| | Review comments on draft confirmation order; Review and approve draft confirmation order | 0.40 | 100.00 | CMG |
| | Dictation of report in support of plan; Review and revision of same | 0.75 | 187.50 | CMG |
| | Review June MOR | 0.35 | 87.50 | CMG |
| | Review memo from Pat Sheehan and review revised confirmation order | 0.30 | 75.00 | CMG |
| | Review memos to/from Ray Lemisch re confirmation order agreement | 0.20 | 50.00 | CMG |
| | Review memos to/from Pat Sheehan; Extensive review of proposed confirmation order | 1.00 | 250.00 | CMG |

| | | | | |
|---|---|---|---|---|
| | Receipt and review of Notice re Debtor's 2nd Fee Application for Attorney Pat Sheehan; calendar objection deadline | 0.10 | 15.00 | KLC |
| | Review file and court docket re: 8/6/21 hearing on Debtor's 2nd Amended SubV Plan; prepare hearing folder for same | 0.40 | 60.00 | KLC |
| | Review file and court docket re: 8/6/21 hearing on Debtor's 2nd Amended SubV Plan; prepare hearing folder for same | 0.35 | 52.50 | KLC |
| | Assist CMG drafting and revising Report in Response to Debtor's 2nd Amended SubV Plan | 0.50 | 75.00 | KLC |
| Aug-06-21 | Telephone conference with Mr. Sheehan re 1191(a) or (b) confirmation | 0.20 | 50.00 | CMG |
| | Review file; Outline presentation; Attended confirmation hearing | 1.00 | 250.00 | CMG |
| | Review minute entry | 0.10 | 25.00 | CMG |
| | Review witness & exhibit list | 0.10 | 25.00 | CMG |
| | Telephone conference with Mr. Sheehan re hearing results | 0.20 | 50.00 | CMG |
| Aug-13-21 | Review and revision of itemizations | 0.50 | 125.00 | CMG |
| | Dictation of application for compensation | 0.65 | 162.50 | CMG |
| | Assist CMG reviewing and revising itemizations | 0.30 | 45.00 | KLC |
| Aug-15-21 | Dictation of notice re application for compensation | 0.20 | 50.00 | CMG |
| Aug-16-21 | Dictation of COS re application for compensation | 0.15 | 37.50 | CMG |
| Aug-17-21 | Review order on Plan; Review memo from Pat Sheehan re selection of mediator | 0.20 | 50.00 | CMG |
| Aug-18-21 | Assist CMG drafting and revising CMG's 1st Fee Application, Notice, Certificate of Service and Order re same | 0.65 | 97.50 | KLC |
| | Assist CMG reviewing and revising itemizations | 0.30 | 45.00 | KLC |

Invoice #:      347586                          Page   21                                      August 23, 2021

|  | Receipt and review of Order Confirming Debtor's 2nd Amended SubV Plan; calendar various deadlines | 0.20 | 30.00 | KLC |
|---|---|---|---|---|
|  | Totals | 77.96 | $18,480.00 |  |

## DISBURSEMENTS

| Oct-14-20 | Long Distance | 2.13 |
|---|---|---|
| Nov-05-20 | Long Distance 2.13 | 2.13 |
| Dec-21-20 | Long Distance | 3.00 |
| Jan-05-21 | Long Distance | 2.00 |
| Jan-18-21 | Long Distance | 2.13 |
| Feb-08-21 | Long Distance | 2.00 |
| Feb-23-21 | Long Distance | 2.13 |
| Apr-16-21 | Long Distance | 2.00 |
|  | Long Distance | 2.00 |
| Apr-20-21 | Long Distance | 2.00 |
| Apr-21-21 | Long Distance | 3.00 |
| Apr-26-21 | Long Distance | 2.00 |
| Jun-25-21 | Long Distance | 2.00 |
| Aug-04-21 | Long Distance | 2.00 |
| Aug-06-21 | Long Distance | 2.13 |
|  | Parking | 3.50 |
|  | Long Distance | 2.13 |
|  | Totals | $38.28 |

**Total Fee & Disbursements**                                                    **$18,518.28**

**Balance Now Due**                                                                **$18,518.28**

### SUMMARY BY TIMEKEEPER

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Craig M. Geno | $250.00 | 67.86 | $16,965.00 |
| Kathryn L. Carter | $150.00 | 9.80 | $1,470.00 |
| Sherry Lynn Purvis | $150.00 | 0.30 | $45.00 |

TAX ID Number       80-0084265