# CONNOLLY GALLAGHER LLP

1201 North Market Street
20th Floor
Wilmington DE 19801

(302) 757-7300

Federal ID #: 45-5440339

Industrial Crane Services (ICS), Pascagoula, MS
Chase Pritchard, VP
2301 Petit Bois St.
Pascagoula, MS  39581

Statement Date:  September 8, 2021
Statement No.               212160
Account No.         37384.00001
Page:  1

RE: Delaware Prevailing Wage

## Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/18/2021 | AMS | Discussion w/ C. Pritchard and P. Sheehan about organizing mediation of DE prevailing wage claims; review and respond to correspondence from counsel about mediation scheduling. | 0.80 | 480.00 |
| 08/19/2021 | AMS | Attend mediation development conference with Delaware litigation party counsel, and ICS counsel. | 0.90 | 540.00 |
| 08/24/2021 | AMS | Review and respond to correspondence from USSIC counsel regarding release claims by Kocks. | 0.50 | 300.00 |
| 08/25/2021 | AMS | Discussion with bankruptcy counsel about mediation development. | 0.50 | 300.00 |
| 08/27/2021 | AMS | Confer with USSIC counsel about mediation plan. | 0.80 | 480.00 |
| | | For Current Services Rendered | 3.50 | 2,100.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Aaron Shapiro | 3.50 | $600.00 | $2,100.00 |

Total Current Services                                            2,100.00


EXHIBIT A